Sean Neafsey
SQUIRE PATTON BOGGS (US) LLP
One Riverfront Plaza
1037 Raymond Blvd.
Newark, NJ   07102
Tel:  973-848-5600
Fax:  973-848-5601
*Attorneys for Defendant*
*Samsung Electronics America, Inc.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| LYNNE AVRAM, on behalf of herself and all others similarly situated,<br><br>                              Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.<br><br>                              Defendant. | Case No.: 2:11-6973 (KM)<br><br>**NOTICE OF MOTION TO FILE DISCOVERY LETTER UNDER SEAL** |

To: ECF Service List

COUNSEL:

PLEASE TAKE NOTICE that on August 3, 2015, at 10:00 a.m., or as soon as counsel may be heard, the undersigned counsel for Defendant Samsung Electronics America, Inc. shall move before the Honorable James B. Clark, III, U.S.M.J., at the Martin Luther King Building & United States Courthouse, 50 Walnut Street, Newark, New Jersey 07101 to seal Defendant's Discovery Letter, dated July 2, 2015, and related exhibits.

The undersigned relies upon the annexed Statement In Lieu of Brief.  A proposed form of Order is also annexed hereto.

|  |  |
|---|---|
| Dated: July 2, 2015 | SQUIRE PATTON BOGGS (US) LLP<br><br>s/ Sean Neafsey<br>Sean Neafsey<br><br>One Riverfront Plaza<br>1037 Raymond Blvd.<br>Newark, NJ 07102<br>Tel:    (973) 848-5600<br>Fax:   (973) 848-5601<br>Email: sean.neafsey@squirepb.com<br><br>Philip M. Oliss<br>Bruce A. Khula<br>4900 Key Tower<br>127 Public Square<br>Cleveland, OH 44114<br>Tel:    (216) 479-8500<br>Fax:   (216) 479-8780<br>Email: philip.oliss@squirepb.com<br>Email: bruce.khula@squirepb.com<br><br>Mark C. Dosker<br>275 Battery Street, Suite 2600<br>San Francisco, CA 94111<br>Tel:    (415) 954-0200<br>Fax:   (415) 393-9887<br>Email: mark.dosker@squirepb.com<br><br>James J. O'Hara<br>George C. Jones<br>GRAHAM CURTIN, P.A.<br>4 Headquarters Plaza<br>P.O. Box 1991<br>Morristown, NJ 07962-1991<br>Tel:    (973) 292-1700<br>Fax:   (973) 292-1767<br>Email: gjones@GrahamCurtin.com<br><br>*Attorneys for Defendant*<br>*Samsung Electronics America, Inc.* |