Sean Neafsey
SQUIRE PATTON BOGGS (US) LLP
One Riverfront Plaza
1037 Raymond Blvd.
Newark, NJ  07102
Tel:  973-848-5600
Fax:  973-848-5601
*Attorneys for Defendant*
*Samsung Electronics America, Inc.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| LYNNE AVRAM, on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.<br><br>                    Defendant. | Case No.: 2:11-6973 (KM)<br><br>**CERTIFICATE OF SERVICE** |

    I certify that on this 2nd day of July, 2015, copies of Defendant Samsung Electronics America, Inc.'s **NOTICE OF MOTION TO FILE ITS DISCOVERY LETTER UNDER SEAL, STATEMENT IN LIEU OF BRIEF,** and **PROPOSED ORDER** were served via the CM/ECF system on the following counsel of record:

    Antonio Vozzolo
    FARUQI & FARUQI, LLP
    369 Lexington Avenue, 10th Floor
    New York, NY 10017-6531
    (212) 983-9330
    Email: avozzolo@faruqilaw.com

    Caroline F. Bartlett
    James E. Cecchi
    Lindsey H. Taylor
    CARELLA BYRNE CECCHI OLSTEIN BRODY & AGNELLO, P.C.
    5 Becker Farm Road
    Roseland, NJ 07068
    973-994-1700
    Email: cbartlett@carellabyrne.com
    Email: jcecchi@carellabyrne.com

Email: ltaylor@carellabyrne.com

Christopher Marlborough
THE MARLBOROUGH LAW FIRM, P.C.
445 Broad Hollow Road
Suite 400
Melville, NY 11747
212-991-8960
Fax: 212 991-8952
Email: chris@marlboroughlawfirm.com

Frederick John Klorczyk, III
Yitzchak Kopel
BURSOR & FISHER PA
888 Seventh Avenue
New York, NY 10019
646-837-7129
Email: fklorczyk@bursor.com
Email: ykopel@bursor.com

Benjamin F. Johns
CHIMICLES & TIKELLIS, LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
(610) 642-8500
Email: bfj@chimicles.com

      /s Sean Neafsey
      Sean Neafsey